**Commonwealth of Massachusetts**

Suffolk, ss.                                                                                           Civil Action No.03-12461 NG

Paul J. McNally, as he is Trustee, MA Laborers' Health and Welfare Fund, et al

Plaintiff(s)

vs.                                                                                           Answer of the Garnishee
                                                                                              Fleet National Bank

Littleton Environmental Services, Inc.

Defendant(s)

and

Fleet National Bank

Trustee

---

And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen, authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $0.00 in the name of Littleton Environmental Services, Inc.

Signed under the pains and penalties of perjury.

Fleet National Bank

By _____ Date: 2/18/04

Sandra Allen
Court Order Processing
5701 Horatio Street
Utica, NY 13502