UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paul J. McNally, Trustee of Massachusetts Laborer's Health and Welfare Fund and New England Laborers' Training Trust Fund, James Merloni, Jr., Trustee of Massachusetts Laborers' Pension Fund and Massachusetts Legal Services Fund, Martin F. Walsh, Trustee of Massachusetts Laborer's Annuity Fund,<br>        Plaintiffs,<br><br>v.<br><br>Littleton Environmental Services, Inc.,<br>        Defendant,<br><br>And<br><br>J.T. Callahan & Sons, Inc.,<br>        Reach-And-Apply Defendant,<br><br>and<br><br>Fleet Bank,<br>        Trustee. | CIVIL ACTION NO.<br>03-12461-NG |

## REACH-AND-APPLY DEFENDANT JOHN T. CALLAHAN &SONS, INC.'S LOCAL RULE 7.3(A) DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Reach-and-Apply Defendant John T. Callahan & Sons, Inc. ("JTC") hereby states that (1) there is no corporate parent for JTC, but a Massachusetts Business Trust named "John T. Callahan & Sons Business Trust," formed under M.G.L. c. 182, §1 *et seq*, is the parent entity of JTC and owns all of the issued and outstanding shares of the stock JTC, and (2) no publicly held company owns 10% or more of JTC's stock.

595872_1

Respectfully submitted,
JOHN T. CALLAHAN & SONS, INC.
By its attorneys,

*/s/ Scott A. Aftuck*

Michael K. Crossen, Esq. (BBO #549267)
Gary C. Crossen, Esq. (BBO #106580)
Scott A. Aftuck, Esq. (BBO #634762)
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

Dated: April 29, 2004

## CERTIFICATE OF SERVICE

I, Scott A. Aftuck, hereby certify that a true copy of the above document was served upon each attorney of record for each party by first-class mail, postage prepaid upon:

Anne R. Sills, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

*/s/ Scott A. Aftuck*
Scott A. Aftuck