AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

Plaintiffs

V.

Littleton Environmental Services, Inc.,
    Defendant
        and
J.T. Callahan & Sons, Inc.,
    Reach-and-Apply Defendant
        and
Fleet Bank,
    Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

J.T. Callahan & Sons, Inc.
80 First Street
Bridgewater, MA  02324

**03  12461  NG**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(BY) DEPUTY CLERK

DATE  12-8-03

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

Plymouth, ss.

April 13, 2004

I hereby certify and return that on 4/9/2004 at 12:45 pm I served a true and attested copy of the summons and complaint with exhibits in this action in the following manner: To wit, by delivering in hand to Gail Sly, agent, person in charge at the time of service for J. T. Callahan & Sons, Inc., Reach-and-Apply Defenant, at , 80 First Street, Bridgewater, MA 02324. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($16.00) Total Charges $53.50

Deputy Sheriff  Robert C. Greek       *Robert C Greek*
                                       Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                       Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure