AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

───────────── DISTRICT OF ─────────────

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH
AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST
FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND;
MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,

Plaintiffs

**V.**

Littleton Environmental Services, Inc.,
Defendant
and

J.T. Callahan & Sons, Inc.,

Reach-and-Apply Defendant

and

Fleet Bank,
TO: (Name and address of defendant) Trustee

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 03  12461  NG

Littleton Environmental Services, Inc.
41 Robinson Road
Littleton, MA  01460

## YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.



12-8-03

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

NAME OF SERVER (PRINT)    TITLE

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 9, 2004

I hereby certify and return that on 4/8/2004 at 1:55PM I served a true and attested copy of the SUMMONS AND COMPLAINT WITH EXHIBITS in this action in the following manner: To wit, by delivering in hand to ADAM SAWYER, agent, person in charge at the time of service for LITTLETON ENVIRONMENTAL SERVICES, INC., at, 41 ROBINSON Road, Littleton, MA 01460. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.60), Postage and Handling ($1.00), Travel ($16.36) Total Charges $55.96

*Gerard N Whitman*

_____
*Deputy Sheriff*

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                                  *Signature of Server*

_____
*Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure