UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2004 JUN 17 P 4:19
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　　　Plaintiffs<br><br>vs.<br><br>LITTLETON ENVIRONMENTAL SERVICES, INC.,<br>　　　　　　Defendant<br><br>and<br><br>J.T. CALLAHAN & SONS, INC.,<br>　　　　　　Reach-and-Apply Defendant<br><br>and<br><br>FLEET BANK,<br>　　　　　　Trustee | C.A. No. 03-12461 NG |

## DEFAULT JUDGMENT

Defendant Littleton Environmental Services, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $226,082.52 in unpaid benefit funds contributions; $4,829.28 in interest on the unpaid contributions; $36,875.54 in liquidated

damages; and attorneys' fees and costs of $8,372.42; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant Littleton Environmental Services, Inc. the principal amount of $226,082.52; prejudgment interest of $4,829.28; liquidated damages of $36,875.54; attorneys' fees and costs of $8,372.42, for a total judgment of $234,454.94., with interest as provided by law, which interest rate is effective this date is _____ percent.

_____
The Honorable Nancy Gertner
United States District Court

Dated:_____

ARS/gag&ts
6306 03-213/defltjdg.doc