UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 17  P 4: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,
        Plaintiffs

vs.

LITTLETON ENVIRONMENTAL SERVICES, INC.,
        Defendant

and

J.T. CALLAHAN & SONS, INC.,
        Reach-and-Apply Defendant

and

FLEET BANK,
        Trustee

C.A. No. 03-12461 NG

### AFFIDAVIT OF ANNE R. SILLS

1.     My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2.     This firm has been involved in efforts to collect contributions owed the Massachusetts Laborers' Benefit Funds by Littleton Environmental Services, Inc. since on or

about June 6, 2003. Since that date, we have incurred legal fees of $7,647.50 and costs of $724.92.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17th DAY OF JUNE, 2004.

_____
Anne R. Sills, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by certified and first class mail upon the defendant, Littleton Environmental Services, Inc. at P.O. Box #397, Littleton, MA 01460 and by first class mail upon the Reach-and-Apply Defendant's attorney, Scott A. Aftuck at Rubin & Rudman LLP, 50 Rowes Wharf, Boston, MA 02110 this 17 day of June, 2004.

_____
Gregory A. Geiman, Esquire

ARS/gag&ts
6306 03-213/affsills2.doc